

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-09-00347-CV

**IN RE** Charles and Kimberly **LUKANCICH**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   July 1, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On June 11, 2009, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 06-1750-CV, styled *In the Interest of J.V.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding. However, the order complained of was signed by the Honorable Karin Bonicoro, Associate Judge of the Child Protection Court of Central Texas Court #4, 3rd Administrative Judicial Region.